LOUISE A. BRADLEY, Individually and As a Stockholder of East Williston Shopping Center, Inc., Suing on Behalf of Herself and in the Right of East Williston Shopping Center, Inc., Appellant, v. EAST WILLISTON SHOPPING CENTER, INC., et al., Respondents, et al., Defendant.— We make the following additional findings of fact in support of the judgment: (1)

that plaintiff attended the closing and participated in the sale; and (2) that under all the circumstances, her conduct was tantamount to her formal approval of the sale.  Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.